UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JOHN DOE, a/k/a | ) | |
| WILLIAM EVERETT GEE, a/k/a | ) | |
| ROBERT ALLAN LOWE, a/k/a | ) | |
| ROBERT ALLAN LOEW, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:     Social Security Fraud; Misrepresenting a Social Security Number; Unlawful Production of an Identification Document; Aggravated Identity Theft; Mail Fraud

<u>Date of Detention Hearing</u>:    March 20, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant's true identity is uncertain. The name that he gives is different that the name to which his fingerprints in the National Crime Information Center are linked. Further, the AUSA proffers information that alleges the defendant has gone to significant lengths to hide his identity, including changing his fingerprints.

2. Defendant does not have a stable residence. He has been living in a commercial space which is scheduled to be demolished. A firearm was found in the unit at the time a search warrant was executed.

3. Criminal history associated with the defendant includes warrant activity for failure to appear. Prior charges include fraud, forgery, criminal impersonation, escape, fugitive charges, and multiple uses of aliases. There are at least two active warrants.

4. Defendant poses a risk of nonappearance due to association with alias identifiers, uncertainty regarding his true identity, lack of verification of contact information, a history of failing to appear and to comply with court orders, a lack of stable residence and several outstanding warrants. He poses a risk of danger due to criminal history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>20th</u> day of March, 2008.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER  15.13
18 U.S.C. § 3142(i)  Rev. 1/91
PAGE 3